# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **AGUSTIN OROPEZA,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL ACTION NO. 4:21-cv-01359** |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **TIMOTHY WAYDE WARD AND** | § | |
| **HOBBY LOBBY STORES, INC.,** | § | |
| | § | |
| *Defendants.* | § | |

## DEFENDANT HOBBY LOBBY STORES, INC.'S
## INDEX OF MATTERS BEING FILED

Pursuant to Local Rule CV-81, Defendant HOBBY LOBBY STORES, INC. hereby attaches this Index of Matters Being Filed to its Notice of Removal.

1.   Plaintiff's Original Petition filed March 22, 2021;

2.   Citation issued to Timothy Wayde Ward by the District Clerk on March 23, 2021;

3.   Citation issued to Hobby Lobby Stores, Inc. by the District Clerk on March 23, 2021;

4.   Return of Service on Hobby Lobby dated March 25, 2021;

5.   Letter to Plaintiff's Counsel dated April 19, 2021; and

6.   Defendant Hobby Lobby Stores, Inc.'s Original Answer to Plaintiff's Original Petition filed on April 19, 2021.

Respectfully submitted,

**MAYER LLP**
750 North Saint Paul Street, Suite 700
Dallas, Texas 75201
214.349.6900 / Fax 214.379.6939

By: */s/ Robin R. Gant*
    Robin R. Gant
    State Bar No. 24069754
    Southern Bar No. 2364643
    E-Mail: rgant@mayerllp.com
    -and-
    Kevin P. Riley
    State Bar No. 16929100
    Southern Bar No. 13766
    E-Mail: kriley@mayerllp.com
    **MAYER LLP**
    4400 Post Oak Boulevard, Suite 1980
    Houston, Texas 77027
    713.487.2000 / F:  713.487.2019

**ATTORNEYS FOR DEFENDANT
HOBBY LOBBY STORES, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned does hereby certify that on April 23, 2021, the foregoing *Index of Matters Being Filed* was electronically filed, as required by the United States District Court for the Southern District of Texas, using the Court's CM/ECF filing system, which will provide notice and a copy of this document, with attachments, to the following, who are indicated to be registered ECF filers in the United States District Court for the Southern District of Texas:

Cesar E. Amador
Cesar A. Amador
AMADOR LAW FIRM
4400 Louisiana Street, Suite 1400
Houston, Texas 77002

*Counsel for Plaintiff*

☐ E-MAIL (amador@amadorfirm.com)
☐ HAND DELIVERY
☐ FACSIMILE
☐ OVERNIGHT MAIL
☐ REGULAR, FIRST CLASS MAIL
☒ CM/ECF
☐ CERTIFIED MAIL/RETURN RECEIPT REQUESTED

/s/ *Robin R. Gant*

Robin R. Gant

# EXHIBIT 1

3/23/2021 3:21 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 51748853
By: Joshua Hall
Filed: 3/22/2021 6:11 PM

Certified Document Number: 94949064 - Page 1 of 5

CAUSE NO. _____

| | | |
|---|---|---|
| AGUSTIN OROPEZA | * | IN THE DISTRICT COURT |
| *Plaintiff,* | * | |
| | * | |
| v. | * | _____ JUDICIAL DISTRICT |
| | * | |
| TIMOTHY WAYDE WARD and | * | |
| HOBBY LOBBY STORES, INC. | * | |
| *Defendants* | * | HARRIS COUNTY, TEXAS |

## PLAINTIFFS' ORIGINAL PETITION

Plaintiff, Agustin Oropeza, complains of Timothy Wayde Ward, hereinafter called

Defendant, and for cause of action would respectfully show the Court that:

### Discovery Control Plan

1.　　Plaintiff intends to conduct discovery in this matter under Level 3 of Rule 190.

### Jurisdiction and Venue

2.　　The claims asserted arise under the common law of Texas. This Court has jurisdiction

and venue is proper because all or a substantial part of the events or omissions giving rise to the

claim occurred in Harris County, Texas.

### Statement Regarding Monetary Relief Sought

3.　　Pursuant to Texas Rule of Civil Procedure 47(c), Mr. Oropeza seeks monetary relief of

$250,000.00 or less, including damages of any kind, penalties, costs, expenses, pre/post-

judgment interest, and attorney's fees, but will seek judgment of no more than $75,000.00,

including damages of any kind, and seeks judgment for all other relief to which he is justly

entitled.  Mr. Oropeza expressly reserves his right to amend this Rule 47 statement of relief if

necessary.

Certified Document Number: 94949064 - Page 2 of 5

## Parties

4.      Plaintiff Agustin Oropeza is an individual residing in Harris County, Texas.

5.      Defendant Timothy Wayde Ward is an individual residing in Bethel Springs, McNairy County, Tennessee and may be served with process at his residence located at 6105 Finger Leapwood Drive, Bethel Springs, McNairy County, TN. 38315, or wherever he may be found.

6.      Defendant Hobby Lobby Stores, Inc. is a corporation doing business in the State of Texas whose principal address is 7707 SW 44th Street, Oklahoma City, OK. 73179-4808.   Hobby Lobby Stores, Inc. may be served with process through its Texas Registered Agent:  Corporation Service Company DBA CSC-Lawyers INCO, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

## Facts

7.      This lawsuit is necessary as a result of personal physical and mental injuries that Mr. Oropeza suffered on or about December 1, 2020.  At that time, Mr. Oropeza was the driver of a vehicle that was completely stopped at a four-way stop intersection awaiting to turn right, when Defendant driver, Mr. Ward, collided into Plaintiff's vehicle, while Defendant driver attempted a wide right turn without first insuring that he could do so safely without causing a vehicular accident.   At the time of the collision, Defendant driver was in the course and scope of his employment for Defendant Hobby Lobby Stores, Inc.

8.      Mr. Ward's conduct constitutes negligence and/or negligence *per se* for one or more of the following reasons:

•      Failed to control vehicle's speed;

•      Failed to operate the vehicle safely;

•      Failed to keep a proper lookout;

•      Failed to timely apply brakes;

- Failed to come to a complete stop prior to the collision complained of;

- Failed to make sure that the attempted wide right turn could be done safely:

- Failed to operate his vehicle at a speed that would allow him to control his vehicle and properly stopping prior to colliding into Mr. Oropeza's vehicle;

- Violated applicable, local, state and federal laws and/or regulations, including but not limited to §§ 545.101 of the TEX. TRANS. CODE; and/or

- Other acts so deemed negligent.

## RESPONDENT SUPERIOR

9.   At all times material hereto, Defendant, Mr. Ward, was acting in the course and scope of his employment for Hobby Lobby Stores, Inc.  Consequently, Defendant Hobby Lobby Stores, Inc. is responsible for the acts and/or omissions of Defendant Mr. Ward pursuant to the doctrine of *respondent superior*.  Plaintiff further pleads that Defendant Hobby Lobby Stores, Inc. was negligent and/or negligent per se for one or more of the following reasons:

   a.   Negligent entrustment of a motor vehicle to an incompetent driver;

   b.   Negligently hiring and/or retaining employees;

   c.   Negligently training and/or supervising employees;

   d.   Failure to maintain the vehicle in issue herein in a reasonably safe condition;

   e.   Violated local, state, and federal laws and/or regulations; and,

   f.   Other acts and/or omissions so deemed negligent.

10.   The negligent acts and/or omissions of the Defendants noted above directly and

proximately caused Mr. Oropeza to sustain physical and mental injuries, and economic damages recognizable by law.

<u>**Damages**</u>

11.     By virtue of the actions and conduct of Mr. Ward and Hobby Lobby Stores, Inc. as set forth above, Mr. Oropeza was seriously injured physically and mentally and is entitled to recover the following physical and economic damages:

   a.   Past and future medical expenses;

   b.   Past and future pain, suffering, and mental anguish;

   c.   Past and future physical impairment;

   d.   Past lost wages and future loss of earning capacity; and,

   e.   Property damages.

12.     By reason of the above, Mr. Oropeza is entitled to recover damages from Mr. Ward and Hobby Lobby Stores, Inc. in an amount within the jurisdictional limits of this Court, as well as pre and post-judgment interest.

<u>**Request for Disclosures to Defendant**</u>

13.     Pursuant to Texas Rules of Civil Procedure 194, Mr. Oropeza requests you disclose, within fifty (50) days of service of this request, the information or materials described in Texas Rule of Civil Procedure 194.2(a)-(l).

<u>**Rule 193.7 Notice**</u>

12.     Mr. Oropeza hereby gives actual notice to Mr. Ward and Hobby Lobby Stores, Inc. that any and all documents produced may be used against either or both of them at any pre-trial proceeding and/or at trial of this matter without the necessity of authenticating the documents.

Certified Document Number: 94949064 - Page 4 of 5

**Prayer**

Mr. Oropeza prays that this citation issue and be served upon Mr. Ward and Hobby Lobby Stores, Inc. in a form and manner prescribed by law, requiring that they each appear and answer, and that upon final hearing, Mr. Oropeza have judgment against Mr. Ward and Hobby Lobby Stores, Inc. in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post judgment interest, all costs of Court and all such other and further relief to which he may be justly entitled.

Respectfully submitted,

**AMADOR LAW FIRM**

*/s/ Cesar E. Amador*
CESAR E. AMADOR
Attorney at Law
Texas State Bar No. 24105367
CESAR A. AMADOR
Texas State Bar No. 01136040
440 Louisiana Street, Suite 1400
Houston, Texas 77002
Telephone: (956) 757-1210
Facsimile: (832) 626-3036
Email: amador@amadorfirm.com
**ATTORNEYS FOR PLAINTIFF**
**AGUSTIN OROPEZA**



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 22, 2021

Certified Document Number:        94949064 Total Pages:  5

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

# EXHIBIT 2

3/23/2021 3:21:54 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 51748853
By: HALL, JOSHUA E
Filed: 3/22/2021 6:11:30 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

**CASE NUMBER:** _____   **CURRENT COURT:** Harris County Judicial District Court

**Name(s) of Documents to be served:** Plaintiff's Original Petition and First Set of Discovery

**FILE DATE:** 03/23/2021 _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Timothy Wayde Ward

**Address of Service:** 6105 Finger Leapwood Drive, Bethel Springs

**City, State & Zip:** McNairy County, TN, 38315

**Agent (if applicable)** _____

### TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the proper Box)

- [x] **Citation**
- [ ] **Citation by Posting**
- [ ] **Citation by Publication**
- [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**   **Newspaper**_____
- [ ] **Temporary Restraining Order**
- [ ] **Precept**
- [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**
- [ ] **Capias (not an E-Issuance)**
- [ ] **Attachment**
- [ ] **Certiorari**
- [ ] **Highway Commission ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**
- [ ] **Hague Convention ($16.00)**
- [ ] **Garnishment**
- [ ] **Habeas Corpus**
- [ ] **Injunction**
- [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY (check one):**
- [ ] **ATTORNEY PICK-UP (phone)** _____
- [ ] **E-Issuance by District Clerk** **(No Service Copy Fees Charged)**
- [ ] **MAIL to attorney   at:** _____
- [ ] **CONSTABLE**
- [ ] **CERTIFIED MAIL by District Clerk**

*Note: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.*

- [x] **CIVIL PROCESS SERVER - Authorized Person to Pick-up:** Proactive Legal Solutions, Box 30   **Phone:** 832-209-7760

- [ ] **OTHER,** *explain* _____

**Issuance of Service Requested By: Attorney/Party Name:** Cesar Emilio Amador   **Bar # or ID** 24105367

**Mailing Address:** 440 Louisiana St., Suite 1400, Houston, Texas 77002

**Phone Number:** 832-757-1210

Certified Document Number: 94949066 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 22, 2021

Certified Document Number:        94949066 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# EXHIBIT 3

3/23/2021 3:21:54 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 51748853
By: HALL, JOSHUA E
Filed: 3/22/2021 6:11:30 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** _____  **CURRENT COURT:** Harris County Judicial District Court

**Name(s) of Documents to be served:** Plaintiff's Original Petition and First Set of Discovery
_____

**FILE DATE:** 03/23/2021 _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Hobby Lobby Stores Inc.
_____

**Address of Service:** 211 E. 7th Street, Suite 620
_____

**City, State & Zip:** Austin, Texas 78701
_____

**Agent (if applicable)** _____

## TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the proper Box)

- [x] **Citation**
- [ ] **Citation by Posting**
- [ ] **Citation by Publication**
- [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**  Newspaper_____
- [ ] **Temporary Restraining Order**
- [ ] **Precept**
- [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**
- [ ] **Capias (not an E-Issuance)**
- [ ] **Attachment**
- [ ] **Certiorari**
- [ ] **Highway Commission ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**
- [ ] **Hague Convention ($16.00)**
- [ ] **Garnishment**
- [ ] **Habeas Corpus**
- [ ] **Injunction**
- [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

### SERVICE BY (check one):

- [ ] **ATTORNEY PICK-UP (phone)** _____
- [ ] **E-Issuance by District Clerk**
- [ ] **MAIL to attorney at:** _____   **(No Service Copy Fees Charged)**
- [ ] **CONSTABLE**
- [ ] **CERTIFIED MAIL by District Clerk**

*Note:* The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [x] **CIVIL PROCESS SERVER - Authorized Person to Pick-up:** Proactive Legal Solutions, Box 30   **Phone:** 832-209-7760

- [ ] **OTHER,** *explain* _____

**Issuance of Service Requested By: Attorney/Party Name:** Cesar Emilio Amador   **Bar # or ID** 24105367

**Mailing Address:** 440 Louisiana St., Suite 1400, Houston, Texas 77002

**Phone Number:** 832-757-1210

Certified Document Number: 94949067 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 22, 2021

Certified Document Number:        94949067 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# EXHIBIT 4

3/29/2021 8:58 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 51947687
By: C Ougrah
Filed: 3/29/2021 8:58 PM

CAUSE NO. 202116944

RECEIPT NO: 914759  TRACKING NO: 73853310
EML

| | |
|---|---|
| Plaintiff: | In The 129th |
| OROPEZA, AGUSTIN | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| HOBBY LOBBY STORES INC | Houston, Texas |

## CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

To:    HOBBY LOBBY STORES INC (A CORPORATION) MAY BE SERVED WITH PROCESS BY SERVING
THROUGH ITS TEXAS REGISTERED AGENT CORPORATION SERVICE COMPANY DBA CSC-LAWYERS
INCO
211 E 7TH STREET SUITE 620, AUSTIN TX 78701

Attached is a copy of: PLAINTIFFS ORIGINAL PETITION

This instrument was filed on March 22, 2021 in the above cited cause number and court. The instrument attached describes
the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your Attorney do not file a written answer with
the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after
you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer
with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally
must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on March 24, 2021, under my hand and seal of said court.

Issued at the request of:

AMADOR, C. EMILIO
440 LOUISIANA STREET, SUITE 1400
HOUSTON, TX  77002
956-757-1210
Bar Number: 24105367

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By:JOSHUA HALL

CTH: 3/25/21 at 10:15 AM

IN THE 129TH JUDICIAL DISTRICT
HARRIS COUNTY, TEXAS

CAUSE NO: 202116944

AGUSTIN OROPEZA
VS
HOBBY LOBBY STORES, INC.

# RETURN

Came to my hand:   __3/25/2021__   , at   __10:15__   o'clock   __A.M.__   , the following specified documents:

- Citation
- Plaintiff's Original Petition
- Request for Disclosures to Defendant

and executed by me on:   _3/25/2021_   , at   _2:27_   o'clock   _PM_   , at

__211 E. 7TH STREET, SUITE 620, AUSTIN, TX 78701, within the county of TRAVIS__, by delivering to __HOBBY LOBBY STORES, INC.__, by delivering to its registered agent, __CORPORATION SERVICE COMPANY dba CSC-LAWYERS INCORPORATING SERVICE COMPANY__, by delivering to _JOHN SPEIDEL_ , employee/managing agent, in person, a true copy of the above specified documents having first endorsed on such copy the date of delivery.

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit, and I declare under penalty of perjury that the foregoing is true and correct.

Authorized Person: _Kelly Murski; PSCS912_
Expiration Date: _10 / 31 /2022_

STATE OF TEXAS     }

VERIFICATION

Before me, a notary public, on this day personally appeared the above named Authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements and facts therein contained are within his/her personal knowledge and experience to be true and correct.  Given under my hand and seal of office on this the _25th_ day of _March_, _2021_.

Notary Public



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 22, 2021

Certified Document Number:        95057818 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

# EXHIBIT 5

4/19/2021 11:54 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 52586128
By: Wanda Chambers
Filed: 4/19/2021 11:54 AM

**MAYER**

ROBIN R. GANT
DIRECT: 214.379.6908
E-MAIL: RGANT@MAYERLLP.COM

April 19, 2021

Cesar E. Amador
AMADOR LAW FIRM
4400 Louisiana Street, Suite 1400
Houston, Texas 77002

Re:    ***Agustin Oropeza v. Hobby Lobby Stores, Inc. and Timothy Wayde Ward***
       Cause No.:   202116944
       Court:       129th District Court, Harris County Division
       Our File No.: 79533.00030

Dear Mr. Amador:

Enclosed is ***Defendant Hobby Lobby Stores, Inc.'s Answer to Plaintiff's Original Petition and Demand for a Jury Trial*** in the above-referenced matter, which was e-filed today in the 129th District Court, Harris County, Texas.

*Please be advised that we would like to take your client's deposition, on a mutually agreeable date and time, following our receipt of Plaintiff's Answers to Defendant's (forthcoming) written discovery requests.*

Should you have any questions, please do not hesitate to contact me at 214.379.6908 or via email at rgant@mayerllp.com.

Sincerely,

**MAYER LLP**

By:    */s/ Robin R. Gant*
       Robin R. Gant

RRG/pm
Attachment

#7602807

Certified Document Number: 95383803 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 22, 2021

Certified Document Number:        95383803 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# EXHIBIT 6

4/19/2021 11:54 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 52586128
By: Wanda Chambers
Filed: 4/19/2021 11:54 AM

Certified Document Number: 9538804 - Page 1 of 3

## CAUSE NO. 202116944

| | | |
|---|---|---|
| AGUSTIN OROPEZA, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| TIMOTHY WAYDE WARD AND | § | |
| HOBBY LOBBY STORES, INC., | § | |
| | § | |
| *Defendants.* | § | 129th JUDICIAL DISTRICT |

## DEFENDANT HOBBY LOBBY STORES, INC.'S
## ORIGINAL ANSWER AND DEMAND FOR A JURY TRIAL

HOBBY LOBBY STORES, INC., one of the Defendants herein, hereby files its

Original Answer and Demand for a Jury Trial as follows:

## I.
## GENERAL DENIAL

1.     Defendant denies each and every, all and singular, the material

allegations contained within Plaintiff's pleadings and demand strict proof thereof.

## II.
## JURY DEMAND

2.     In accordance with Rule 216 of the TEXAS RULES OF CIVIL PROCEDURE,

Defendant hereby demands a trial by jury and tenders the applicable jury fee with

its Answer.

## III.
## PRAYER FOR RELIEF

3.      Defendant, HOBBY LOBBY STORES, INC. prays that Plaintiff take nothing by this lawsuit; that Defendant go hence with its costs without delay; and for such other and further relief, both general and special, at law and in equity, to which Defendants may show themselves justly entitled.

Respectfully submitted,

**MAYER LLP**
750 North Saint Paul Street, Suite 700
Dallas, Texas 75201
214.349.6900 / Fax 214.379.6939

By:   _/s/ Robin R. Gant_
        Robin R. Gant
        State Bar No. 24069754
        E-Mail: rgant@mayerllp.com
        -and-
        Kevin P. Riley
        State Bar No. 16929100
        E-Mail: kriley@mayerllp.com
**MAYER LLP**
4400 Post Oak Boulevard, Suite 1980
Houston, Texas 77027
713.487.2000 / F:  713.487.2019

**ATTORNEYS FOR DEFENDANT
HOBBY LOBBY STORES, INC.**

Certified Document Number: 9538804 - Page 2 of 3

## CERTIFICATE OF SERVICE

This is to certify that on the 19th day of April 2021, a true and correct copy of the foregoing has been forwarded to all counsel of record as follows:

Cesar E. Amador
Cesar A. Amador
AMADOR LAW FIRM
4400 Louisiana Street, Suite 1400
Houston, Texas 77002

*Counsel for Plaintiff*

☐ E-MAIL:
☐ HAND DELIVERY
☐ FACSIMILE
☐ OVERNIGHT MAIL
☐ REGULAR, FIRST CLASS MAIL
☒ E-FILE AND SERVE
☐ E-SERVICE ONLY
☐ CERTIFIED MAIL/RETURN RECEIPT REQUESTED

*/s/ Robin R. Gant*
Robin R. Gant

Certified Document Number: 95383804 - Page 3 of 3



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 22, 2021

Certified Document Number:        95383804 Total Pages:  3

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

# EXHIBIT 7

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **AGUSTIN OROPEZA,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL ACTION NO. 4:21-cv-01359** |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **TIMOTHY WAYDE WARD AND** | § | |
| **HOBBY LOBBY STORES, INC.,** | § | |
| | § | |
| *Defendants.* | § | |

## COUNSEL OF RECORD AND INFORMATION PURSUANT TO LOCAL RULE CV-81(C)

(1)     A list of all parties in the case, their party type (e.g., plaintiff, defendant, intervenor, receiver, etc.) and current status of the removed case (pending, dismissed);

> *Plaintiff*     Agustin Oropeza
>
> *Defendant*   Hobby Lobby Stores, Inc.
>
> The removed case is currently pending.

(2)     A civil cover sheet and a certified copy of the state court docket sheet; a copy of all pleadings that assert causes of action (e.g. complaints, amended complaints, supplemental complaints, counterclaims, cross-actions, third party actions, interventions, etc.); all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court, as required by 28 U.S.C. § 1446(a).

> See attached civil cover sheet and documents attached to Defendant's Notice of Removal as ***Exhibit A***.

---

(3)     A complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number and party or parties represented by him/her;

| **AMADOR LAW FIRM** | **MAYER LLP** |
|---|---|
| Cesar E. Amador<br>State Bar No. 24105367<br>Cesar A. Amador<br>State Bar No. 01136040<br>4400 Louisiana Street, Suite 1400<br>Houston, Texas 77002<br>956.757.1210 / Fax: 956.626.3036<br>Email: amador@amadorfirm.com<br><br>*Counsel for Plaintiff*<br>Agustin Oropeza | Robin R. Gant<br>State Bar No. 24069754<br>Southern Bar No. 2364643<br>E-Mail: rgant@mayerllp.com<br>750 North Saint Paul Street, Suite 700<br>Dallas, Texas 75201<br>214.379.6900 / F: 214.369.6939<br>  -and-<br>Kevin P. Riley<br>State Bar No. 16929100<br>Southern Bar No. 13766<br>E-Mail: kriley@mayerllp.com<br>4400 Post Oak Parkway, Suite 2850<br>Houston, Texas 77027<br>713.487.2000 / F: 713.487.2019<br><br>*Counsel for Defendant*<br>Hobby Lobby Stores, Inc. |

(4)     A record of which parties have requested a trial by jury (this information is in addition to placing the word "jury" at the top of the Notice of Removal immediately below the case number);

Defendant, Hobby Lobby Stores, Inc. has requested a trial by jury.

(5)     The name and address of the court from which the case is being removed.

Harris County District Court
Marilyn Burgess, District Clerk
201 Caroline, Suite 420
Houston, Texas 77002

Respectfully submitted,

**MAYER LLP**
750 North Saint Paul Street, Suite 700
Dallas, Texas 75201
214.379.6900 / F: 214.369.6939

By:_____/s/ *Robin R. Gant*_____
      Robin R. Gant
      State Bar No. 24069754
      Southern Bar No. 2364643
      E-Mail: rgant@mayerllp.com
      -and-
      Kevin P. Riley
      State Bar No. 16929100
      Southern Bar No. 13766
      E-Mail: kriley@mayerllp.com
      **MAYER LLP**
      4400 Post Oak Parkway, Suite 1980
      Houston, Texas 77027
      713.487.2000 / F: 713.487.2019

**ATTORNEYS FOR DEFENDANT**
**HOBBY LOBBY STORES, INC.**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on April 23, 2021, the foregoing *Counsel of Record and Information Pursuant to Local Rule CV-81(c)* was electronically filed, as required by the United States District Court for the Southern District of Texas, using the Court's CM/ECF filing system, which will provide notice and a copy of this document, with attachments, to the following, who are indicated to be registered ECF filers in the United States District Court for the Southern District of Texas:

<table>
<tr><td>

Cesar E. Amador
Cesar A. Amador
AMADOR LAW FIRM
4400 Louisiana Street, Suite 1400
Houston, Texas 77002

*Counsel for Plaintiff*

</td><td>

☐ E-MAIL (amador@amadorfirm.com)
☐ HAND DELIVERY
☐ FACSIMILE
☐ OVERNIGHT MAIL
☐ REGULAR, FIRST CLASS MAIL
☒ CM/ECF
☐ CERTIFIED MAIL/RETURN RECEIPT REQUESTED

</td></tr>
</table>

/s/ *Robin R. Gant*

Robin R. Gant